**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON**

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                              Civil Action No. 3:18-cv-01289

MATTHEW MALLORY,
CAMO HEMP WV LLC,
GARY KALE, GRASSY RUN
FARMS, LLC, their agents,
servants, assigns, attorneys, and all
others acting in concert with the
named defendants,

      Defendants.

**MOTION OF THE UNITED STATES OF AMERICA FOR CLARIFICATION OF
<u>PRELIMINARY INJUNCTION MEMORANDUM OPINION AND ORDER</u>**

The United States requests that the Court clarify the Preliminary Injunction

Memorandum Opinion And Order (ECF No. 20) on the following grounds:

1.      Defendants Mallory and CAMO HEMP WV LLC, through their counsel,

indicated at the preliminary injunction hearing that the cannabis/industrial hemp/marijuana

which is the subject of this action needed to be harvested from Grassy Run Farms, LLC, and then

moved to another location in Mason County, West Virginia, for drying and processing.

2.      The Court indicated at the hearing that Defendants Mallory and CAMO HEMP

WV LLC would be allowed to harvest, dry, and process the cannabis/industrial hemp/marijuana

which is the subject of this action but would be prevented from moving the cannabis/industrial

hemp/marijuana which is the subject of this action across state lines and out of the State of West

Virginia until further order of the Court.

3.      The United States requests that the Preliminary Injunction Order (ECF No. 20) be clarified to include this geographic limitation and that defendants Mallory and CAMO HEMP WV LLC, through their counsel, be required to notify the Court and counsel for the United States of the location of the cannabis/industrial hemp/marijuana which is the subject of this action during each of these processes.

Respectfully submitted,

**MICHAEL B. STUART**
**United States Attorney**


<u>**s/Fred B. Westfall, Jr.**</u>
WV State Bar No. 3992
Assistant United States Attorney
Attorney for United States
P.O. Box 1713
Charleston, WV  25326
Phone: 304-345-2200
Fax: 304-347-5443
E-mail: fred.westfall@usdoj.gov

<u>**CERTIFICATE OF SERVICE**</u>

I, Fred B. Westfall, Jr., Assistant United States Attorney for the Southern District of West Virginia, hereby certify that on September 18, 2018, I electronically filed the foregoing **MOTION OF THE UNITED STATES OF AMERICA FOR CLARIFICATION OF PRELIMINARY INJUNCTION MEMORANDUM OPINION AND ORDER** with the Clerk of the Court using the CM/ECF system which will send notification to the following CM/ECF participants:

Carte B. Goodwin
Elise McQuain
Frost Brown Todd, LLC
500 Virginia Street East,
Suite 1100
Charleston, WV 25301

Phillip A. Reale, II
Law Office of Phillip A. Reale, PLLC
300 Summers Street
Suite 980
Charleston, WV 25301
Counsel for defendants Matthew Mallory and CAMO HEMP WV LLC

R. Booth Goodwin II
Tammy J. Owen
Goodwin & Goodwin, LLP
300 Summers Street
Suite 1500
Charleston, WV 25301
Counsel for defendants Gary Kale and Grassy Run Farms, LLC

<u>**s/Fred B. Westfall, Jr.**</u>
WV State Bar No. 3992
Assistant United States Attorney
P.O. Box 1713, Charleston, WV  25326
Phone: 304-345-2200
Fax: 304-347-5443
E-mail: fred.westfall@usdoj.gov