IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                          Civil Action No. 3:18-CV-01289

MATTHEW MALLORY,
CAMO HEMP WV LLC,
GALE KALE, GRASSY RUN
FARMS, LLC, their agents,
servants, assigns, attorneys, and all
others acting in concert with the
named defendants,

    Defendants.

### RESPONSE TO MOTION OF THE UNITED STATES OF AMERICA FOR SUBSTITUTION OF PARTIES

COMES NOW, Defendant Matthew Mallory ("Mallory") and Defendant CAMO HEMP WV, LLC ("CAMO") (collectively "CAMO Defendants"), by and through counsel, and respond to the Motion of the United States for Substitution of Parties ("Motion") filed by the United States of America (the "Government") as follows:

CAMO Defendants have no objection to the Government's request that Commonwealth Alternative Medicinal Options LLC be substituted for CAMO HEMP WV LLC pursuant to Federal Rule of Civil Procedure 25(c).

                                                                   Respectfully submitted,

        /s/ Carte P. Goodwin
Carte P. Goodwin (WVSB #8039)
Elise McQuain (WVSB #12253)
FROST BROWN TODD LLC
500 Virginia Street, East
Suite 1100
Charleston, WV 25301
Phone: 304-345-0111 | Fax: 304-345-0115
Email: cgoodwin@fbtlaw.com
       emcquain@fbtlaw.com

Philip A. Reale, II (WVSB #11372)
Law Office of Philip A. Reale, PLLC
300 Summers Street, Suite 980
Charleston, WV 25301
Phone: 304-342-1891
Fax: 304-342-1893
Email: philip@wvreale.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                Civil Action No. 3:18-CV-01289

**MATTHEW MALLORY,
CAMO HEMP WV LLC,
GALE KALE, GRASSY RUN
FARMS, LLC, their agents,
servants, assigns, attorneys, and all
others acting in concert with the
named defendants,**

    **Defendants.**

**CERTIFICATE OF SERVICE**

    I, Carte P. Goodwin, hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Fred B. Westfall, Jr.<br>Assistant United States Attorney<br>Attorney for the United States<br>P.O. Box 1713<br>Charleston, WV 25326<br>Phone: 30-345-2200<br>Fax: 304-347-5443<br>Fred.westfall@usdoj.gov<br>    *Counsel for USA* | R. Booth Goodwin II<br>Tammy J. Owen<br>GOODWIN & GOODWIN, LLP<br>300 Summers St., Suite 1500<br>Charleston, WV 25301<br>Telephone: (304) 346-7000<br>Facsimile: (304) 344-9692<br>rbg@goodwingoodwin.com<br>tjo@goodwingoodwin.com<br> *Counsel for Gary Kale and Grassy Run Farms, LLC* |

Dated this 30th day of October 2018.

                                                         /s/ Carte P. Goodwin
                                                        Carte P. Goodwin (WV Bar No. 8039)