EXHIBIT

A

exhibitsticker.com



