IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                 Civil Action No.  3:18-cv-01289

MATTHEW MALLORY,
CAMO HEMP WV LLC,
GARY KALE, GRASSY RUN
FARMS, LLC, their agents,
servants, assigns, attorneys, and all
others acting in concert with the named defendants,

        Defendants.

## ORDER GRANTING UNOPPOSED MOTION FOR PERMISSION TO BRUSH HOG RESIDUAL HEMP PLANT MATTER

Pending before the Court is Defendant Grassy Run Farms, LLC and Defendant Gary Kale's Unopposed Motion to Brush Hog Residual Hemp Plant Matter. For good cause shown, the Court **GRANTS** the Motion and further **ORDERS** Defendant Grassy Run Farms, LLC and Defendant Gary Kale to submit additional photographs depicting the status of the subject property after they have been brush hogged.

The Court **DIRECTS** that Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                                            ENTER:   October 31, 2018

                                            ROBERT C. CHAMBERS
                                            UNITED STATES DISTRICT JUDGE