IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                  CIVIL ACTION NO.   3:18-1289

MATTHEW MALLORY,
CAMO HEMP WV LLC,
GARY KALE,
GRASSY RUN FARMS, LLC, their agents,
assigns, attorneys, and all other acting
in concert with the named defendants,

        Defendants.

### ORDER

Pending before the Court is the United States' Motion for Substitution of Parties. ECF No. 31. In the motion, the United States seeks to substitute Alternative Medicinal Options LLC for CAMO HEMP WV LLC as the real party in interest. In their Response, Defendants Matthew Mallory and CAMO HEMP WV LLC state they have no objection to the motion. Accordingly, the Court **GRANTS** the motion and **ORDERS** that Alternative Medicinal Options LLC be substituted for CAMO HEMP WV LLC.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

        ENTER:        October 31, 2018

        ROBERT C. CHAMBERS
        UNITED STATES DISTRICT JUDGE