# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                  CIVIL ACTION NO.   3:18-1289

MATTHEW MALLORY,
ALTERNATIVE MEDICINAL OPTIONS LLC,
GARY KALE,
GRASSY RUN FARMS, LLC, their agents,
assigns, attorneys, and all other acting
in concert with the named defendants,

        Defendants.

## ORDER

The Court schedules a conference call with lead counsel in this matter for **January 4, 2019,** at **10:00 a.m.** Unless notified by counsel prior to the hearing, the Court will initiate the call using the telephone numbers reflected on the docket sheet.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

        ENTER:        December 28, 2018

        ROBERT C. CHAMBERS
        UNITED STATES DISTRICT JUDGE