IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

UNITED STATES OF AMERICA,

      Plaintiff,

v.

01289

                                    Civil Action No. 3:18-CV-

MATTHEW MALLORY,
COMMONWEALTH ALTERNATIVE
MEDICINAL OPTIONS, LLC,
GALE KALE, GRASSY RUN
FARMS, LLC, their agents,
servants, assigns, attorneys, and all
others acting in concert with the
named defendants,

      Defendants.

## AFFIDAVIT

STATE OF _Pennsylvania_,
COUNTY OF _Allegheny_, TO-WIT:

    I, Matthew Mallory, being first duly sworn according to law, hereby provide the following affidavit in the above-styled case:

1. I am over the age of eighteen years, am of sound mind and memory, and have personal knowledge of the facts contained in this affidavit.
2. Commonwealth Alternative Medicinal Options, LLC has a contractual obligation to sell and deliver the pure CBD isolate processed from the industrial hemp the subject of this litigation.
3. As was represented to the Court at the September 17, 2018 hearing, harvesting, drying and processing the industrial hemp took several weeks at the West Virginia facility.
4. However, to continue the processing of the plant material into pure CBD isolate, the plant material must now be

transported out of West Virginia to the Pennsylvania processing facility.

5. Pursuant to the contractual obligations, the pure CBD oil must be transported by the end of January 2019.

6. Processing the plant material to CBD isolate takes approximately two to two-and-a-half weeks.

7. Accordingly, to fulfill the contractual obligations by the end of January 2019, the plant material needs to leave West Virginia by January 13, 2019 to begin the processing of the material on January 14, 2019.

8. If the Court does not permit the transport of the subject industrial hemp to the processing plant in Pennsylvania immediately, the company's ability to fulfill its contractual obligations will be seriously jeopardized.

9. The profit from the sale of the CBD isolate is integral to the business' future plans and investments.

Further, Affiant sayeth naught.

_____
Matthew Mallory

Taken, subscribed, and sworn before me, the _3Rd_ day of _JANUARY_, 2019.

My Commission expires: _Aug 20, 2021_

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Gregory C. Glass, Notary Public
Collier Twp., Allegheny County
My Commission Expires Aug. 20, 2021
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES