IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                          CIVIL ACTION NO.   3:18-1289

MATTHEW MALLORY,
ALTERNATIVE MEDICINAL OPTIONS LLC,
GARY KALE,
GRASSY RUN FARMS, LLC, their agents,
assigns, attorneys, and all other acting
in concert with the named defendants,

        Defendants.

## ORDER

Pending before the Court is Defendants Matthew Mallory and Commonwealth Alternative Medicinal Options, LLC's Motion for Relief from the General Order Holding Civil Matters in Abeyance. ECF No. 55. Although the Court recognizes that counsel of record for the United States may be directly impacted by the Government shutdown, the United States Attorney's Office remains open. Given the nature of the relief requested, the Court **DIRECTS** the United States Attorney's Office to respond to the motion **on or before Tuesday, January 8, 2019**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER:    January 4, 2019

                              ROBERT C. CHAMBERS
                              UNITED STATES DISTRICT JUDGE