IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                              CIVIL ACTION NO.  3:18-1289

MATTHEW MALLORY,
ALTERNATIVE MEDICINAL OPTIONS LLC,
GARY KALE,
GRASSY RUN FARMS, LLC, their agents,
assigns, attorneys, and all other acting
in concert with the named defendants,

        Defendants.

**ORDER**

On January 8, 2019, the Government filed its Memorandum in Opposition to the Motion of the Mallory Defendants for Relief from the General Order Holding Civil Matters in Abeyance. ECF No. 57. The Court **DIRECTS** Defendants Matthew Mallory and Commonwealth Alternative Medicinal Options, LLC to file their Reply **on or before Friday, January 11, 2019**. Due to the current federal shutdown, the Court shall take the pending motion under advisement and **CANCELS** the telephone conference currently scheduled for January 10, 2019.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

        ENTER:        January 9, 2019

        _____
        ROBERT C. CHAMBERS
        UNITED STATES DISTRICT JUDGE