IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                         CIVIL ACTION NO.   3:18-1289

MATTHEW MALLORY,
ALTERNATIVE MEDICINAL OPTIONS LLC,
GARY KALE,
GRASSY RUN FARMS, LLC, their agents,
assigns, attorneys, and all other acting
in concert with the named defendants,

        Defendants.

## ORDER

Pending is the United States' Motion to Stay Order Entered on January 17, 2019 (ECF No. 60). ECF No. 61. For reasons appearing before the Court, the Court **GRANTS** the motion and **STAYS** the dissolution of the Preliminary Injunction, **until and including Wednesday, January 23, 2019**. The Court **DIRECTS** Defendants to file a Response to the Government's motion **on or before 12 noon on Tuesday, January 22, 2019**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

        ENTER:        January 18, 2019

        ROBERT C. CHAMBERS
        UNITED STATES DISTRICT JUDGE