IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                         CIVIL ACTION NO.   3:18-1289

MATTHEW MALLORY,
ALTERNATIVE MEDICINAL OPTIONS LLC,
GARY KALE,
GRASSY RUN FARMS, LLC, their agents,
assigns, attorneys, and all other acting
in concert with the named defendants,

        Defendants.

## ORDER

For reasons appearing before the Court, the Court **DIRECTS** the Government to file a Reply to Defendants' Responses (ECF Nos. 63 & 64) on or before **12:00 noon on Wednesday, January 23, 2019**. The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER:      January 22, 2019

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE