IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                        CIVIL ACTION NO.   3:18-1289

MATTHEW MALLORY,
ALTERNATIVE MEDICINAL OPTIONS LLC,
GARY KALE,
GRASSY RUN FARMS, LLC, their agents,
assigns, attorneys, and all other acting
in concert with the named defendants,

        Defendants.

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion and Order, the Court **GRANTS** the Motions to Dismiss by Defendants Matthew Mallory and Commonwealth Alternative Medicinal Options, LLC and Gary Kale and the Grassy Run Farms, LLC (ECF Nos. 28 & 34), **DENIES** the United States' Motion for Leave to File an Amended Verified Complaint for Declaratory Relief (ECF No. 48), **GRANTS** the Motion for Leave to File Supplemental Authority (ECF No. 51), and **ORDERS** that this case be dismissed and stricken from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to all counsel of record, and any unrepresented parties.

        ENTER:       March 6, 2019

        ROBERT C. CHAMBERS
        UNITED STATES DISTRICT JUDGE